No. 4,393.—O. E. EVANS, APPELLANT, *v.* J. H. MORAN and AETNA CASUALTY & SURETY CO., RESPONDENTS.

*Appeal from District Court, Richland County; C. C. Hurley, Judge.*

Decided April 14, 1919.

PER CURIAM.—Upon motion of respondent herein, and for the reason that the above-named appellant has failed to file the record on appeal herein within the time specified by law, the appeal in this cause is hereby dismissed.

*Mr. F. P. Leiper* and *Mr. F. J. Matoushek,* for Respondents.

*Mr. R. O. Lunke,* for Appellant.